# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MARTINEZ, | CASE NO. 1:13-CV-990 AWI SAB |
| Plaintiff | ORDER REASSINGNING CASE TO MAGISTRATE JUDGE |
| v. | |
| BRENT HEERMANS, | |
| Defendant | |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

1:13-cv-00990 SAB

IT IS SO ORDERED.

Dated:   October 2, 2013                                   _____

SENIOR DISTRICT JUDGE