# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MARTINEZ,<br><br>        Plaintiff<br><br>    v.<br><br>BRENT HEERMANS,<br><br>        Defendant | CASE NO. 1:13-CV-990 AWI SAB<br><br>ORDER REASSINGNING CASE TO MAGISTRATE JUDGE |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Magistrate Judge STANLEY A. BOONE as Presiding Judge of the above entitled action. The parties have filed a Consent to Proceed before the assigned Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.

## ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

### 1:13-cv-00990 SAB

IT IS SO ORDERED.

Dated:   October 2, 2013                      _____
                                                                          SENIOR DISTRICT JUDGE