# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENT HEERMANS,<br><br>　　　　　Defendant. | Case No.  1:13-cv-00990-SAB<br><br>ORDER DISMISSING ACTION |

On November 15, 2013, Plaintiff Andres Martinez ("Plaintiff") filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  The notice states that the dismissal of this action shall be with prejudice.

Accordingly, it is HEREBY ORDERED that:

1. This action is DISMISSED with prejudice; and
2. The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:  **November 18, 2013**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1